```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 05372
   TERRENCE J BOISDORF
   SANDRA G BOISDORF                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-0269     SSN XXX-XX-5340
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/11/06 and confirmed on 07/12/06.

   2.  The case was converted to Chapter 7 after confirmation, 09/11/2007.

   3.  The Debtor paid a total of $   4225.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED | 7027.21 | 463.74 | 3596.61 |
| ECAST SETTLEMENT CORP | UNSECURED | 4432.66 | .00 | .00 |
| B LINE LLC | UNSECURED | 20304.36 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 24276.37 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 1304.46 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH J MICHELS DMD | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 204.91 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8439.68 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 523.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3944.43 | .00 | .00 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 7027.21 | .00 | 63430.22 | .00 | 70457.43 |
| PRINCIPAL PAID | 3596.61 | .00 | .00 | .00 | 3596.61 |
| INTEREST PAID | 463.74 | .00 | .00 | .00 | 463.74 |
| TOTAL PAID | 4060.35 | .00 | .00 | .00 | 4060.35 |

The Debtor's attorney, RUDDY MILROY & KING          , was allowed $   2500.00 and was paid $    2500.00   direct and $         .00   through the plan.

The Trustee received $     164.65 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE